IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RODNEY J. MURPHY,        )<br>                          )<br>    Plaintiff,          )<br>                          )<br>    v.                    )<br>                          )<br>SECRETARY OF UNITED STATES)<br>DEPARTMENT OF H.U.D.,     )<br>et al.,                   )<br>                          )<br>    Defendants.           ) | CIVIL ACTION NO.<br>  2:15cv308-MHT<br>       (WO) |
| RODNEY MURPHY,           )<br>                          )<br>    Plaintiff,          )<br>                          )<br>    v.                    )<br>                          )<br>SECRETARY OF UNITED STATES)<br>DEPARTMENT OF H.U.D.,     )<br>                          )<br>    Defendant.            ) | CIVIL ACTION NO.<br>  2:15cv397-MHT<br>       (WO) |

OPINION

Plaintiff filed these consolidated lawsuits challenging a state-court eviction proceeding against him and seeking injunctive relief and damages. The

lawsuits are now before the court on the recommendation of the United States Magistrate Judge that defendants' motions to dismiss plaintiff's cases be granted.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 23rd day of February, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**