IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RODNEY J. MURPHY,            )<br>                              )<br>    Plaintiff,              )<br>                              )<br>    v.                        )<br>                              )<br>SECRETARY OF UNITED STATES   )<br>DEPARTMENT OF H.U.D.,        )<br>et al.,                       )<br>                              )<br>    Defendants.              ) | CIVIL ACTION NO.<br>2:15cv308-MHT<br>(WO) |
| RODNEY MURPHY,               )<br>                              )<br>    Plaintiff,              )<br>                              )<br>    v.                        )<br>                              )<br>SECRETARY OF UNITED STATES   )<br>DEPARTMENT OF H.U.D.,        )<br>                              )<br>    Defendant.               ) | CIVIL ACTION NO.<br>2:15cv397-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 52) is adopted.

(2) Defendants' motions to dismiss (doc. nos. 32 & 47) are granted.

(3) All other pending motions are denied as moot.

(4) These lawsuits are dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

These cases are closed.

DONE, this the 23rd day of February, 2017.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**